[No. 4912–II. Division Two. February 4, 1982.]

CHARLES M. STOKES, ET AL, *Respondents,* v. MT. ZION
FEDERAL CREDIT UNION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 722907, Edward E. Henry, J. Pro Tem., entered August 22, 1979. *Affirmed* by unpublished opinion

per Petrie, J., concurred in by Reed, C.J., and Petrich, J.